UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AMY MEISNER,

                             Plaintiff,

                             23-CV-506 (VSB)

            -against-

                             **ORDER**

607 10TH AVE PROPERTIES LLC AND TOR
RESTURANT LLC,

                            Defendants.
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff filed this action on January 20, 2023, (Doc. 1), and filed affidavits of service on March 7, 2023, (Docs. 8, 9). The deadline for Defendants to respond to Plaintiff's complaint was February 22, 2023. (*See* Docs. 8, 9.) To date, Defendants have not responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 11, 2023. If Plaintiff fail to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     March 28, 2023
             New York, New York

                                                            _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge