```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMY MEISNER,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :           23-CV-506 (VSB)
                -against-                                   :
                                                            :               ORDER
607 10TH AVE PROPERTIES LLC AND TOR                         :
RESTURANT LLC,                                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 24, 2023, Defendant Tor Restaurant LLC answered Plaintiff's complaint. (Doc. 23.) The other Defendant in this matter, 607 10th Ave. Properties LLC, was ordered to answer on April 24 as well, (Doc. 20), but has not yet done so. Based on the representations in the proposed stipulations in Docs. 16 and 17, it appears that the same attorney represents both Defendants. Accordingly, by May 2, 2023, Defendant 607 10th Ave. Properties LLC, shall either answer Plaintiff's complaint or file a letter seeking appropriate relief from the filing deadline.

SO ORDERED.

Dated:   April 25, 2023
         New York, New York

                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge