```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMY MEISNER,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :          23-CV-506 (VSB)
               -against-                                    :
                                                            :              ORDER
607 10TH AVE PROPERTIES LLC AND TOR                         :
RESTURANT LLC,                                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On May 5, 2023, I directed the Parties to submit a joint letter and case management plan by May 11, 2023. (Doc. 25.) I also ordered Defendant 607 10th Avenue Properties LLC to answer the complaint or I would reinstate the default previously entered against it. No party has filed anything since the entry of that order. Parties shall file the material directed by that order by May 22, 2023. This is the second time I have had to prompt parties to litigate this case. (Doc. 11.) Accordingly, if parties fail to submit the materials required by my order at Doc. 25, I will dismiss this case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated:   May 18, 2023
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge