UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY MEISNER,<br><br>                              Plaintiff(s),<br><br>v.<br><br>607 10TH AVENUE PROPERTIES LLC, et al.,<br><br>                              Defendant(s). | 23-CV-506 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Provided, the conference scheduled for November 28, 2023, is **RESCHEDULED** to **December 1, 2023, at 10:30 A.M. EST.** The conference will be held over Microsoft Teams. The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 576 309 441, followed by the pound sign (#).

Dated: November 3, 2023
       New York, New York

_____
DALE E. HO
United States District Judge