UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY MEISNER,<br><br>                    Plaintiff(s),<br><br>v.<br><br>607 10TH AVENUE PROPERTIES LLC, et al.,<br><br>                    Defendant(s). | 23 Civ. 506 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The Case Management Plan and Scheduling Order, issued May 22, 2023, requires the parties to file a joint status letter by November 24, 2023, in advance of a post-discovery conference. *See* Dkt. No. 30. The post-discovery conference is scheduled for December 1, 2023. *See* Dkt. No. 34. No such letter was filed.

It is hereby **ORDERED** that the parties shall file the required letter as soon as possible and no later than **November 29, 2023.**

SO ORDERED.

Dated: November 27, 2023
       New York, New York

                                                    _____
                                                    DALE E. HO
                                                    United States District Judge