UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY MEISNER,<br><br>                Plaintiff(s),<br><br>           v.<br><br>607 10TH AVENUE PROPERTIES LLC, et al.,<br><br>                Defendant(s). | 23 Civ. 506 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The Case Management Plan and Scheduling Order, issued May 22, 2023, requires the parties to file a joint status letter by November 24, 2023, in advance of a post-discovery conference. *See* Dkt. No. 30. The post-discovery conference is scheduled for December 1, 2023. *See* Dkt. No. 34. No such letter was filed. An order issued November 27, 2023, directed the parties to file the required letter by November 29, 2023. *See* Dkt. No. 35. No such letter was filed.

It is hereby **ORDERED** that the parties shall file the required letter as soon as possible and no later than **December 1, 2023.**

It is further **ORDERED** that the conference scheduled for December 1, 2023, is **ADJOURNED** to **December 6, 2023, at 3:00 P.M. EST.** The conference will be telephonic. The parties shall join the conference by dialing 646 – 453 – 4442 and entering the Conference ID: 576 309 441, followed by the pound sign (#).

The parties are apprised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: November 30, 2023
       New York, New York

                                              DALE E. HO
                                       United States District Judge