UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY MEISNER,<br><br>                              Plaintiff(s),<br><br>v.<br><br>607 10TH AVENUE PROPERTIES LLC, et al.,<br><br>                              Defendant(s). | 23 Civ. 506 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The parties appeared for a case management conference on December 6, 2023.

For the reasons discussed at the conference, it is hereby **ORDERED** that the parties shall participate in further mediation through the District's Mediation Program with Ms. Mary Austin. The parties shall promptly contact Ms. Austin to schedule a further session of mediation on a date agreeable to Ms. Austin, counsel, Plaintiff, and representatives of each Defendant. Upon scheduling the next session of mediation, the parties shall file a letter with the Court stating the date of the mediation session.

It is further **ORDERED** that the parties shall meet and confer regarding inspection of the premises and any alterations that may resolve certain alleged violations of the Americans with Disabilities Act.

It is further **ORDERED** that because the parties have completed discovery and no party intends to file a dispositive motion, this action is trial-ready and will be placed in second place on the Court's April 2024 trial-ready calendar. The jury trial in this action will begin on **April 15, 2024, at 9:45 A.M.** or the Court's first available date thereafter. The parties shall be ready to proceed on twenty-four hours' notice on or after April 15, 2024.

It is further **ORDERED** that any motions *in limine* shall be filed by **February 23, 2024**. Any oppositions to motions *in limine* shall be filed by **March 6, 2024**. No replies shall be filed. Any memorandum of law in support of or in opposition to a motion *in limine* shall not exceed ten pages. Any joint requests to charge, *voir dire*, verdict form, and memorandum of law in support of such request shall be filed by **March 15, 2024**. The final pre-trial order shall be filed by **March 22, 2024**. The parties shall appear for a final pretrial conference at a date to be scheduled closer to trial.

SO ORDERED.

Dated: December 7, 2023
  New York, New York

DALE E. HO
United States District Judge