UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMY MEISNER,<br><br>      Plaintiff,<br><br>   v.<br><br>607 10TH AVENUE PROPERTIES LLC, et al.,<br><br>      Defendants. | 23 Civ. 506 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued December 7, 2023, directed the parties to participate in further mediation.  *See* ECF No. 38.  That order also placed this action in second place in the Court's April 2024 trial-ready calendar and stated that the parties shall be ready to proceed on twenty-four hours' notice on or after April 15, 2024.  *See id.*  Finally, it set deadlines for various pre-trial submissions, including making any motions *in limine* due by February 23, 2024.  *See id.*  No such motions *in limine* were filed.  The Mediation Program has informed the Court that the parties were unable to resolve this matter through mediation.

  It is hereby **ORDERED** that any motions *in limine* shall be filed by **March 8, 2024**.  Any oppositions to motions *in limine* shall be filed by **March 15, 2024.**  The parties are reminded of the Court's strong preference to address evidentiary issues in advance of trial.  The deadlines for submission of requests to charge, *voir dire*, verdict form, and final pre-trial order remain the same.

  It is further **ORDERED** that the jury trial in this action is **ADJOURNED** from April 15, 2024, to **May 6, 2024, at 9:45 A.M.**  The parties are apprised that this action is in first place on

the Court's May 2024 trial-ready calendar and that they should be prepared to proceed on May 6, 2024, absent further order from the Court.

    SO ORDERED.

Dated: February 27, 2024
       New York, New York

_____
DALE E. HO
United States District Judge