

# PARKER HANSKI LLC

40 Worth Street, Suite 602
New York, New York 10013
Phone:   212.248.7400
Fax:     212.248.5600

March 14, 2024

*Via ECF*

The Honorable Dale E. Ho
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

Re:   *Amy Meisner v. 607 10th Ave Properties LLC and Tor Restaurant LLC*
      *Docket No. 1:23-cv-00506 (DEH)*

**Application GRANTED IN PART.** The parties shall file the requests to charge, voir dire, verdict form, and final pretrial order by **March 29, 2024.** A letter filed March 15, 2024, represents that Defendants are cooperating with preparation of the required materials, so to the extent Plaintiff requests an order compelling them to do so, the request is **DENIED** as moot. So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 43.

Dale E. Ho
United States District Judge
Dated: March 15, 2024
New York, New York

Dear Judge Ho:

   We represent plaintiff Amy Meisner in the above-entitled action. Because the defendants have not provided their comments to the joint pretrial filings, plaintiff respectfully asks the Court to extend the deadline for all the pretrial filings from March 15, 2024 to March 29, 2024 and to direct the defendants to provide to plaintiff their comments and portions to the pretrial filings by no later than March 22, 2024.

   Pursuant to Your Honor's Orders of December 7, 2023 (ECF No. 38), the parties must file joint pretrial filings by March 15, 2024. Consequently, on February 29, 2024 plaintiff spoke to the defendants to discuss timing of the draft filings, and on March 5th and 6th plaintiff sent drafts of the pretrial documents to the defendants. Plaintiff followed up with the defendants on March 11, 2024 and was advised she should have the defendants' comments by Wednesday (March 13th). However, as of the filing of this letter the defendants have not provided any comments nor have they asked for more time.

   Accordingly, given the defendants failure to communicate, plaintiff seeks judicial intervention to extend the deadline for the pretrial filings to March 29, 2024, and to respectfully ask the Court to direct the defendants to provide their comments/changes to the pretrial filings by March 22, 2024.

   Thank you for your time and attention to this matter. With kindest regards, I am

                                                very truly yours,

                                                _____/s/_____
                                                Robert G. Hanski, Esq.