

# THE LAW FIRM OF
## ADAM C. WEISS, PLLC

3 SCHOOL STREET, STE. 303
GLEN COVE, NEW YORK 11542
TELEPHONE: (516) 277-2323
FACSIMILE:   (516) 759-2556
adam@acweisslaw.com
www.acweisslaw.com

**Application GRANTED.** The parties shall file their pre-trial submissions by **April 5, 2024.** No further extensions will be granted absent extraordinary circumstances. So Ordered.

**VIA ECF**

JUDGE DALE E. HO
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dale E. Ho
United States District Judge
Dated: April 1, 2024
New York, New York

Re: Meisner v. 607 10th Ave Properties LLC et al
Docket No.: 23-cv-00506 (DEH)

Your Honor:

    This firm represents the Defendants in the above referenced case. I am writing on behalf of both parties to request an extension of the deadlines for the parties' pre-trial submissions. The parties have been conferring with each other and working diligently to attempt to provide a joint submission to the court; however, despite the best efforts, the parties are unable to agree upon their proposed voir dire, jury instructions and requests to charge. Accordingly, we need additional time to submit our differing proposals displayed side-by-side or sequentially as per the Court's Individual Rules. As such, we request an additional week, until April 5, 2024 to do so.

Respectfully submitted,

Adam C. Weiss

ACW:

cc:      Counsel for Plaintiff