UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY MEISNER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>607 10TH AVENUE PROPERTIES LLC, et al.,<br><br>　　　　　　　　　Defendants. | 23 Civ. 506 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

　　A jury trial in this action is scheduled to begin on May 20, 2024. *See* ECF No. 42.

　　It is hereby **ORDERED** that the parties will appear for a conference on **May 17, 2024, at 2:00 P.M. EST.** The conference will be telephonic. Counsel shall appear by dialing (646) 453 – 4442 and entering the Conference ID: 556 733 271, followed by the pound sign (#).

　　SO ORDERED.

Dated: May 15, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge